IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| RACQUEL SMITH, *on behalf of herself and all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | No. 2:22-cv-2719-SHL-cgc |
| v. | ) ) | |
| W.M. BARR & COMPANY, INC., | ) ) | |
| Defendant. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed October 20, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal Without Prejudice, (ECF No. 15), filed December 8, 2022, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

December 8, 2022
Date